# EXHIBIT A

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5437A Rev. (1/11) | **Port State Control Report of Inspection- Form A\*** In accordance with IMO Port State Control Procedures [Resolution A.787(19), as amended by Resolution A.882(21)] and the International Ship & Port Facility Security (ISPS) Code | MISLE Activity Number 5180157 |
|---|---|---|
| | | Exam Type PSC/ISPS/BWM |

| 1. Reporting Country: United States of America | 2. Name of Ship: M/V OCEAN HOPE | |
|---|---|---|
| 3. Flag of Ship: Liberia | 4. Ship Type IMO Code: 40 | 5. Call Sign: A8MW3 |
| 6. IMO Number: 9147617 | 7. Gross Tonnage: 19,354 | 8. Deadweight (where applicable): N/A |
| 9. Yr. of Build: 1996 | 10. Date of Inspection: 07/15/2015 | 11. Place of Inspection: WILMINGTON, NC |
| 12. Classification Society: GERMANISCHER LLOYD (DNV GL) | 13. Detention Info \*\*: a) Date/Time Imposed: 7/16/2015 4:30 am | |
| | b) Date/Time Released: | |

**14. Ship Management Information** *(include address)*:
OCEANFLEET SHIPPING LIMITED
17-19 AG. KONSTANTINOU STR, ATHENS, MAROUSI 15124, GREECE
Charterer: HYUNDAI MERCHANT MARINE

ISM DOC Company w/IMO Company #: OCEANFLEET SHIPPING LIMITED
5199764

| Owner w/IMO Company #: OCEANIC ILLSABE LIMITED 5360187 | Operator w/IMO Company #: OCEANFLEET SHIPPING LIMITED 5199764 |
|---|---|

**15. Relevant Certificates/Documents\*\***:

| a) Name | b) Issuing Authority | c) Dates of Issue and Expiry |
|---|---|---|
| 1) Safety Management Certificate | SOLAS | 07/26/2010  10/21/2015 |
| 2) IOPP | MARPOL | 01/23/2012  07/31/2016 |
| 3) | | |
| 4) | | |
| 5) | | |

d) Information on last intermediate or annual survey/audit\*\*

| Date | Surveying/Auditing Authority | Place |
|---|---|---|
| 1) 05/17/2013 | NIPPON KAIJI KYOKAI | HOPEWELL, VIRGINIA |
| 2) 09/27/2014 | GERMANISCHER LLOYD | SUANSIHOU, CHINA |
| 3) | | |
| 4) | | |
| 5) | | |

*Check all applicable for 16-19 below:*

16. Deficiencies Identified: ☐ No  ☑ Yes *(If yes see Form B (CG-5437B))*
17. Major Control Action: ☐ No  ☑ Detention  ☐ Expulsion  ☐ Denial of Entry: For ☑ Safety  ☐ Security
18. Priority: ☐ PI  ☑ PII  ☐ NPV  ☐ ISPS I  ☑ ISPS II  ☐ ISPS III  ☐ Random  ☐ MODU
19. Drills Conducted?  ☐ No  ☑ Fire Drill  ☑ Abandon Ship Drill  ☐ ISPS/Security Related Drill

Copy provided to: TABACARU DUMITRU
(Printed name of Master/Vessel representative)   (Signature)

Name of PSCO: LT SEAN MARCH
(Printed name of duly authorized PSCO of reporting authority)   (Signature)

| Issuing Unit Name and Address: COMMANDER USCG SECTOR NORTH CAROLINA 721 MEDICAL CENTER DRIVE SUITE 100 WILMINGTON, NC 28401 | Copies forwarded to: Check as appropriate ☐ Agent ☐ Flag State ☐ Recognized Organization ☐ Recognized Security Organization ☐ Ship Management | Reviewed by Supervisor: (print name, sign and date) CDR J. R. DITTMAR JUL 16 2015 |
|---|---|---|

\* This inspection report has been issued solely for the purposes of informing the master and other port States that an inspection by the USCG has taken place. This inspection report shall not be construed as a seaworthiness certificate *in excess of* certificates the ship is required to carry.

\*\* To be completed in the event of a detention.   Page 1 of 4
U.S. Dept. of Homeland Security, USCG, CG-5437A (Rev. 4/11)

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5437B Rev. (1/11) | **Port State Control Report of Inspection- Form B** In accordance with IMO Port State Control Procedures [Resolution A.787(19), as amended by Resolution A.882(21)] and the International Ship & Port Facility Security (ISPS) Code) | MISLE Activity Number 5180157 Exam Type PSC/ISPS/BMW |
|---|---|---|

1. Reporting Country: United States of America

| 2. Name of Ship: M/V OCEAN HOPE | 3. IMO Number: 9147617 |
|---|---|
| 4. Date of Inspection: 07/15/2015 | 5. Place of Inspection: WILMINGTON, NC |

6. Nature of Deficiency [1]:

| No. | Code | Description | Cite (Convention) | (Action taken)[2] |
|---|---|---|---|---|
| 01 | 2510 | EVERY COMPANY SHOULD DEVELOP, IMPLEMENT, AND MAINTAIN A SAFETY MANAGEMENT SYSTEM. THE VESSEL DOES NOT EFFECTIVELY AND SYSTEMATICALLY IMPLEMENT THE SAFETY AND ENVIRONMENTAL POLICY OBJECTIVES STATED IN THE SMS. | 74 SOLAS (09 CON) CH IX REG 3.1 ISM CODE 1.4 | 30 |
| 02 | 1720 | ANY DISCHARGE INTO THE SEA OF OIL OR OILY MIXTURES SHALL BE PROHIBITED. OIL RESIDUE WAS FOUND IN THE OVERBOARD DISCHARGE PIPING. | MARPOL I REG 15.2 | 30 |
| 03 | 1735 | THE OIL RESIDUE (SLUDGE) TANKS SHALL HAVE NO DISCHARGE CONNECTIONS TO THE BILGE SYSTEM, OILY BILGE WATER HOLDING TANKS, TANK TOPS, OR OILY WATER SEPARATORS. THE CURRENT INSTALLATION HAS A TANK TOP DISCHARGE BLANK FLANGE FROM THE SLUDGE PUMP. | MARPOL I REG 12.2.2 | 30 |
| 04 | 1735 | NO CHANGE SHALL BE MADE IN THE STRUCTURAL ARRANGEMENTS, MACHINERY, EQUIPMENT, AND OTHER ITEMS COVERED BY THE SURVEY. THE CURRENT PIPING DISCHARGE INSTALLATION FROM THE SLUDGE PUMP DOES NOT MATCH THE SHIP'S APPROVED DRAWINGS. | 74 SOLAS (09 CON) CH I REG 11(B) | 17 A C |

Copy provided to: TABACARU DUMITRU
(printed name of Master/Vessel representative)

Name of PSCO: LT SEAN MARCH
(printed name of duly authorized PSCO of reporting authority)

(Signature)

Issuing Unit Name and Address:

COMMANDER
USCG SECTOR NORTH CAROLINA
721 MEDICAL CENTER DRIVE
SUITE 100
WILMINGTON, NC 28401

Copies forwarded to:
Check as appropriate
☐ Agent
☐ Flag State
☐ Recognized Organization
☐ Recognized Security Organization
☐ Ship Management

Reviewed by Supervisor:
(print name, sign and date)
CDR J. R. DITTMAR
JUL 16 20

This examination was not a full survey and deficiencies listed may not be all inclusive. In the event of a detention, it is recommended that a full survey is carried out with all deficiencies rectified before requesting a post-detention exam by the Coast Guard.

| 2 Codes for action taken, see below: (Note: code numbers are derived from international harmonization; U.S. uses similar codes and those are reflected below.) | | | | | |
|---|---|---|---|---|---|
| 10 | Deficiency Rectified | 17 | Rectify deficiencies prior to departure | 20 | Ship expelled |
| 15 | Rectify deficiencies by next port | 60 | Rectify deficiencies prior to movement | 25 | Ship denied entry |
| 16 | Rectify deficiencies within 14 days | 40 | Rectify deficiencies prior to next US port after sailing foreign | a. | To the satisfaction of RO/RSO |
| 50 | Rectify deficiencies within 30 days | 30 | Ship detained | b. | To the satisfaction of the Administration |
| | | | | c. | To the satisfaction of the Coast Guard |

U.S. Dept. of Homeland Security, USCG, CG-5437B (Rev. 1/11)  Page 2 of 4

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5437B Rev. (1/11) | Port State Control Report of Inspection- Form B In accordance with IMO Port State Control Procedures [Resolution A.787(19), as amended by Resolution A.882(21)] and the International Ship & Port Facility Security (ISPS) Code) | | MISLE Activity Number 5180157 |
|---|---|---|---|
| | | | Exam Type PSC/ISPS/BMW |

1. Reporting Country: United States of America

2. Name of Ship: M/V OCEAN HOPE — 3. IMO Number: 9147617

4. Date of Inspection: 07/15/2015 — 5. Place of Inspection: WILMINGTON, NC

6. Nature of Deficiency[1]:

| No. | Code | Description | Cite (Convention) | (Action taken)[2] |
|---|---|---|---|---|
| 05 | 0150 | THE IOPP FORM SHALL BE DRAWN UP IN THE FORM CORRESPONDING TO THE MODEL GIVEN IN APPENDIX II. THE BILGE WATER HOLDING TANK (NO. 2) AS DESIGNATED ON THE IOPP FORM SECTION 3.3 WAS SAMPLED AND HAS AN ABNORMAL AMOUNT OF DIESEL FUEL. | MARPOL I REG 9 | 17 B C |
| 06 | 1710 | THE OIL RECORD BOOK SHALL BE IN THE FORM SPECIFIED IN APPENDIX III TO THIS ANNEX. THE MOST RECENT WEEKLY COLLECTION OF SLUDGE PER CODE (C) AS RECORDED IN THE OFFICIAL O.R.B. DOES NOT MATCH THE SHIP'S DAILY SOUNDING SHEET. | MARPOL I REG 17.1 | 17 B C |
| 07 | 1730 | THE COMPANY SHOULD ENSURE THAT THE SAFETY AND ENVIRONMENTAL POLICY IS IMPLEMENTED AND MAINTAINED. THE SHIP'S SMS MANUAL REQUIRED WEEKLY TESTING OF THE O.W.S. THE SHIP HAS NOT MET THIS REQUIREMENT. | 74 SOLAS (09 CON) ISM CODE 22 | 17 B |
| 08 | 0720 | THE MAINTENANCE PLAN SHALL INCLUDE AT LEAST FIRE-FIGHTING APPLIANCES, FIRE PUMPS, AND HYDRANTS. SIX FIRE STATIONS WERE IDENTIFIED WITH DEFICIENCIES EVEN THOUGH MAINTENANCE WAS DOCUMENTED AS CONDUCTED IN ACCORDANCE WITH THE VESSEL'S SMS. | 74 SOLAS (09 CON) CH II-2 REG 14.2.2.3.1 | 10 C |

Copy provided to: TABFOREV FUMITRU
(printed name of Master/Vessel representative)   (Signature)

Name of PSCO: LT SEAN MARCH
(printed name of duly authorized PSCO of reporting authority)   (Signature)

Issuing Unit Name and Address:

COMMANDER
USCG SECTOR NORTH CAROLINA
721 MEDICAL CENTER DRIVE
SUITE 100
WILMINGTON, NC 28401

Copies forwarded to:
Check as appropriate
☐ Agent
☐ Flag State
☐ Recognized Organization
☐ Recognized Security Organization
☐ Ship Management

Reviewed by Supervisor:
(print name, sign and date)
CDR J. R. DITTMAR
JUL 16 2015

This examination was not a full survey and deficiencies listed may not be all inclusive. In the event of a detention, it is recommended that a full survey is carried out with all deficiencies rectified before requesting a post-detention exam by the Coast Guard.

2 Codes for action taken, see below: (Note: code numbers are derived from international harmonization; U.S. uses similar codes and those are reflected below.)

| 10 | Deficiency Rectified | 17 | Rectify deficiencies prior to departure | 20 | Ship expelled |
|---|---|---|---|---|---|
| 15 | Rectify deficiencies by next port | 60 | Rectify deficiencies prior to movement | 25 | Ship denied entry |
| 16 | Rectify deficiencies within 14 days | 40 | Rectify deficiencies prior to next US port after sailing foreign | a. | To the satisfaction of RO/RSO |
| 50 | Rectify deficiencies within 30 days | 30 | Ship detained | b. | To the satisfaction of the Administration |
| | | | | c. | To the satisfaction of the Coast Guard |

U.S. Dept. of Homeland Security, USCG, CG-5437B (Rev. 1/11)   Page 3 of 4

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-5437B Rev. (1/11) | **Port State Control Report of Inspection- Form B** In accordance with IMO Port State Control Procedures [Resolution A.787(19), as amended by Resolution A.882(21)] and the International Ship & Port Facility Security (ISPS) Code) | **MISLE Activity Number** 5180157 |
|---|---|---|
| | | **Exam Type** PSC/ISPS/BMW |

**1. Reporting Country:** United States of America

**2. Name of Ship:** M/V OCEAN HOPE  **3. IMO Number:** 9147617

**4. Date of Inspection:** 07/15/2015  **5. Place of Inspection:** WILMINGTON, NC

**6. Nature of Deficiency [1]:**

| No. | Code | Description | Cite (Convention) | (Action taken)[2] |
|---|---|---|---|---|
| 09 | 2100 | THE PRESENCE AND OPERABILITY OF AN INCINERATOR MAY BE CONSIDERED BY ENFORCEMENT PERSONNEL IN EVALUATING ITS COMPLIANCE. REFRACTORY INSULATION ON THE INSIDE OF THE INCINERATOR DOOR WAS BROKEN OR MISSING. | 33CFR151.63(B)(3) | 10 C |
| 10 | 0950 | ELECTRICAL INSTALLATIONS SHALL BE SUCH THAT THE SAFETY OF THE PASSENGERS, CREW, AND SHIP FROM ELECTRICAL HAZARDS WILL BE ENSURED. THERE IS A TEMPORARY BLOWER BEING USED FOR PERMANENT COOLING OF A REFRIGERATOR COMPRESSOR. | 74 SOLAS (04 CON) CH II-1 REG 40.1.3 | 10 C |
| 11 | 0370 | HOSPITAL ACCOMODATION SHALL NOT BE USED FOR OTHER THAN MEDICAL PURPOSES. THE HOSPITAL SPACE IS BEING USED FOR ACCOMODATION. | 33USC1223(B)(1) ILO 147 CREW ACCOMODATION / HEALTH PROTECTION / PARA 31 | 10 C |

\* EXAM CONTINUES \*

Copy provided to: TABACARU DUMITRU
(printed name of Master/Vessel representative)    (Signature)

Name of PSCO: LT SEAN MARCH
(printed name of duly authorized PSCO of reporting authority)    (Signature)

**Issuing Unit Name and Address:**

COMMANDER
USCG SECTOR NORTH CAROLINA
721 MEDICAL CENTER DRIVE
SUITE 100
WILMINGTON, NC 28401

**Copies forwarded to:**
Check as appropriate
☐ Agent
☐ Flag State
☐ Recognized Organization
☐ Recognized Security Organization
☐ Ship Management

**Reviewed by Supervisor:**
(print name, sign and date)
CDR J. R. DITTMAR
JUL 1 6 2015

This examination was not a full survey and deficiencies listed may not be all inclusive. In the event of a detention, it is recommended that a full survey is carried out with all deficiencies rectified before requesting a post-detention exam by the Coast Guard.

2 Codes for action taken, see below: (Note: code numbers are derived from international harmonization; U.S. uses similar codes and those are reflected below.)

| 10 | Deficiency Rectified | 17 | Rectify deficiencies prior to departure | 20 | Ship expelled |
|---|---|---|---|---|---|
| 15 | Rectify deficiencies by next port | 60 | Rectify deficiencies prior to movement | 25 | Ship denied entry |
| 16 | Rectify deficiencies within 14 days | 40 | Rectify deficiencies prior to next US port after sailing foreign | a. | To the satisfaction of RO/RSO |
| 50 | Rectify deficiencies within 30 days | 30 | Ship detained | b. | To the satisfaction of the Administration |
| | | | | c. | To the satisfaction of the Coast Guard |

U.S. Dept. of Homeland Security, USCG, CG-5437B (Rev. 1/11)    Page 4 of 4