# EXHIBIT B



U.S. Department of
Homeland Security

United States
Coast Guard

Commander
United States Coast Guard
Sector North Carolina

721 Medical Center Drive #100
Wilmington, NC 28401
Phone: 910-772-2239
Fax: 910-772-2205

16200

VIA EMAIL AND U.S. MAIL

JUL 1 7 2015

Master, M/V OCEAN HOPE, IMO # 9147617
C/O Norton Lilly International
105 Portwatch Way, Suite G
Wilmington, NC 28412

Dear Sir:

On or about July 15, 2015, the U.S. Coast Guard determined there was reasonable cause to believe that the M/V OCEAN HOPE, IMO # 9147617, its owner, operator, or person in charge may be subject to a fine or civil penalty for violations of the MARPOL Protocol and the Act to Prevent Pollution from Ships (APPS), 33 U.S.C. § 1901, et seq.

Based on the suspected violations, the Coast Guard exercised its authority under 33 U.S.C. § 1908(e) to request the withholding of departure clearance under 46 U.S.C. § 60105. Currently, United States Customs and Border Protection (CBP) will withhold departure clearance for M/V OCEAN HOPE per our request on 15 July, 2015.

Clearance may be granted upon providing surety satisfactory to the Secretary. This case may involve knowing violations of APPS that are punishable as Class D felonies pursuant to 33 U.S.C. § 1908(a), 33 C.F.R. 151.04(c), and 18 U.S.C. §3571(c) and (d). Accordingly, surety satisfactory should include, among other things, the posting of cash or a surety bond, as well as additional terms to be negotiated in a surety agreement. The company issuing any surety bond shall be listed in Department of Treasury Circular 570 as holding a certificate of authority as an Acceptable Surety. The exact provisions and terms of the security agreement shall be to the satisfaction of the Coast Guard, on behalf of the Secretary.

I request that you forward this letter to the Owner/Operator of the M/V OCEAN HOPE or their designated representative. When surety satisfactory has been provided to this office, we will request that CBP grant departure clearance for the M/V OCEAN HOPE.

You may appeal this decision in accordance with the process set out in 46 C.F.R. 1.03-20. If you have any questions, please contact Commander John Dittmar, Chief of Prevention, via telephone at (910) 512-5848 or via email at: John.R.Dittmar@uscg.mil.

Sincerely,

J. S. Dufresne
Commander, U. S. Coast Guard
Alternate Captain of the Port