# EXHIBIT D

## AMENDMENT ON SECURITY

### RECITALS

A. On 22 July 2015, Oceanic Illsabe Limited as Owner of the M/V OCEAN HOPE ("Owner") and Oceanfleet Shipping Limited as Operator of the M/V OCEAN HOPE ("Operator"), entered into agreement with the United States of America to provide surety satisfactory to the Secretary of Homeland Security per 33 U.S.C. § 1908(e).

B. In paragraph 3 of that agreement, Owner and Operator agreed to provide certain considerations to ten listed officers and crewmembers of the M/V OCEAN HOPE.

C. In paragraph 4 of that agreement, the United States and the Owner and Operator agreed to take reasonable measures to expedite the investigation of the Alleged Violations, the release of any of the listed officers and crewmembers from the requirement to remain in the United States and any subsequent proceedings.

### AGREEMENT

1. This Agreement serves as an Amendment to the 22 July 2015 agreement of the parties.

2. Paragraph 3 of that agreement is amended as follows:

   a. "3) Sobremisana, Ian Roy – Chief Officer" shall be deleted;

   b. "3) Belleza, Ronald – Fitter" shall be inserted.

3. Paragraph 4.a. shall be inserted as follows: "The United States acknowledges the assistance of the Owner and Operator in securing the aforementioned officers and crewmembers and acknowledges the parties' agreement to take reasonable measures to



expedite the investigation of the Alleged Violations, the release of any of the listed officers and crewmembers from the requirement to remain in the United States and any subsequent proceedings."

4. All other provisions and recitals of the 22 July 2015 agreement remain in full force and effect.

Dated: 23 July 2015

Oceanice Ilisabe Limited
As Owner, M/V OCEAN HOPE

By: George M. Chalos, Esq.
Chalos & Co, P.C.     7/23/15
As attorney in fact per authority received 7.22.15

Dated: 23 July 2015

Oceanfleet Shipping Limited
As Operator, M/V OCEAN HOPE

By: George M. Chalos, Esq.
Chalos & Co, P.C.     7/23/15
As attorney in fact per authority received 7.22.15

Dated: 23 July 2015

United States of America

By: Casey L. Chmielewski, Esq.
Commander, U.S. Coast Guard
Fifth Coast Guard District (l)