# EXHIBIT E



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Crimes Section*  
*P.O. Box 7611*  
*Washington, DC 20044*

*Telephone (202) 305-0321*  
*Facsimile (202) 305-0396*

October 8, 2015

George Chalos  
Email: gmc@chaloslaw.com

Briton Sparkman  
Email: bsparkman@chaloslaw.com

Daniel Johnson  
Email: daniel@wjnpllc.com

Jason Brenner  
Email: jbrenner@brennerandbrenner.com

Bruce A. Mason  
Email: bruce@masonrutherfordlaw.com

Bill Mason  
Email: bill@williammasonlaw.com

Damon Chetson  
Email: dchetson@gmail.com

Chris Locascio  
Email: Chris_Locascio@fd.org

Geoffrey W. Hosford  
Email: ghosford@att.net

Neil Morrison  
Email: neil@neilmorrisonlaw.com

Jimbo Perry  
Email: jimbo.perry@yahoo.com

Patrick Brogan  
Email: Pbrogan@daveybroganpc.com

**In re: M/V Ocean Hope**

Dear Counsel:

Please be advised that the government is no longer requesting that crewmember Reynaldo Punay, who served as a Bosun aboard the M/V Ocean Hope, remain in the United States pursuant to the Surety Agreement in the above referenced matter. The government will not object to Oceanfleet Shipping or Oceanic Ilsabe Limited arranging travel for his departure, the return of Mr. Punay's passport, or Mr. Punay's departure from the United States.

This letter is to advise you of the government's position and inform you that Mr. Punay may leave the United States and could be unavailable for future proceedings in the above referenced matter. Please advise the government by October 12, 2015, if you object to Mr. Punay's departure.

If Mr. Punay remained in the United States, the government believes he could offer the following information:

Mr. Punay served as the Bosun of the Ocean Hope and supervised crewmembers who worked aboard the deck of the vessel. His direct supervisor was the Chief Officer. Mr. Punay did not work in the engine department and was not responsible for any pollution prevention equipment aboard the vessel. Mr. Punay also was not responsible for sounding storage tanks aboard the vessel or recording those measurements into an Oil Record Book. Although Mr. Punay supervised garbage operations aboard the deck of the vessel, he did not oversee garbage originating from the engine room. Mr. Punay never saw any bypass of pollution prevention

equipment aboard the vessel, any hoses or flanges used to bypass the equipment, or the hoses and flanges seized by the coast guard in this case.

If you have any questions or concerns you may contact me at 202-598-0881.

Sincerely,

/S/
SHANE N. WALLER
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice

- 2 -