IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
NO. 7:15-MC-5-JG

| | | |
|---|---|---|
| In re OCEANIC ILLSABE LTD, ET AL., | ) ) ) | |
| Petitioners. | ) ) | MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, |
| v. | ) ) | INSUFFICIENT SERVICE OF PROCESS, AND NON-COMPLIANCE WITH COURT |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Respondent. | ) | |

Respondent, by and through the United States Attorney for the Eastern District of North Carolina, submits this motion to dismiss Petitioners' Federal Rule of Criminal Procedure 15 and Federal Rule of Civil Procedure 27 petition for lack of personal jurisdiction and insufficient service of process, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5). The Court should also dismiss the petition for non-compliance with the Court's October 16, 2015, order. A memorandum of law is filed in support of this motion.

1

Respectfully submitted, this 6th day of November, 2015.

        THOMAS G. WALKER
        United States Attorney

        By: /s/ C. Michael Anderson
        C. MICHAEL ANDERSON
        G. NORMAN ACKER
        BANUMATHI RANGARAJAN
        Assistant United States Attorneys
        Federal Building, Suite 800
        310 New Bern Avenue
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        N.C. Bar Number: 42646
        michael.anderson7@usdoj.gov
        *Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 6th day of November, 2015, served a copy of the foregoing Motion upon Petitioners' attorneys by electronically filing the foregoing using the CM/ECF system. I have served a copy of the foregoing Motion on the remaining individual counsel by both electronic mail and United States Postal Service.

George M. Chalos
Chalos & Co., P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
gmc@chaloslaw.com
*Attorney for Petitioners*

Seth Peter Buskirk
Clark, Newton & Evans, PA
509 Princess St. Wilmington, NC
27401-4130
spb@clarknewton.com
*Attorney for Petitioners*

Neil W. Morrison
631A Dickinson Avenue
P.O. Box 7069
Greenville, NC 27835
neil@neilmorrisonlaw.com
*Attorney for Captain Tabacaru*

Patrick M. Brogan
Davey & Brogan, P.C.
101 Granby Street #300
Norfolk, VA  23510
pbrogan@daveybroganpc.com
*Attorney for Chief Engineer Ignacio*

William Norton Mason
228 N. Front Street #201
Wilmington, NC  28401
bill@williammasonlaw.com
*Attorney for Second Engineer*
*Samsun*

Chris Locascio
Federal Public Defender
150 Fayetteville Street, Ste 450
Raleigh, NC  27601
Chris_locascio@fd.org
*Attorney for Third Engineer*
*Menente*

Bruce Mason
Mason & Rutherford
514 Princess Street
Wilmington, NC  28401
bruce@masonrutherfordlaw.com
*Attorney for Fourth Engineer*
*Sarduma*

Daniel Johnson
Willis Johnson & Nelson PLLC
1101 Haynes Street #205
Raleigh, NC  27604
daniel@wjnpllc.com
*Attorney for Oiler Villegas*

Jimbo Perry
Perry, Perry, & Perry
518 Plaza Blvd
Kinston, NC  28503
jimbo.perry@yahoo.com
*Attorney for Oiler Villar*

Damon Chetson
19 W. Hargett Street #920
Raleigh, NC  27601
dchetson@gmail.com
*Attorney for Fitter Belleza*

Jason Brenner
East 54
1340 Environ Way
Chapel Hill, NC  27517
Balbrenner, P.C.
info@balbrenner.com
*Attorney for Bosun Punay*

Geoff Hosford
Hosford & Hosford, P.C.
401 Chestnut Street, Suite L
Wilmington, NC  28402
ghosford@att.net
*Attorney for Wiper Reyes*

By: <u>/s/ C. Michael Anderson</u>
C. MICHAEL ANDERSON
G. NORMAN ACKER
BANUMATHI RANGARAJAN
Assistant United States Attorneys
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: michael.anderson7@usdoj.gov
NC Bar Number: 42646
*Attorneys for Respondent*

5