IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
NO. 7:15-MC-5-JG

| | |
|---|---|
| In re OCEANIC ILLSABE LTD, ET AL., | ) ) ) |
| Petitioners. | ) MEMORANDUM IN SUPPORT OF ) RESPONDENT'S MOTION TO DISMISS |
| v. | ) FOR LACK OF PERSONAL ) JURISDICTION, INSUFFICIENT |
| UNITED STATES OF AMERICA, | ) SERVICE OF PROCESS, AND NON- ) COMPLIANCE WITH COURT ORDER |
| Respondent. | ) |

Petitioners Oceanic Illsabe Ltd. and Oceanfleet Shipping Ltd. (collectively, "Petitioners"), have not properly served Respondent United States of America ("United States") as required by the Court's October 16, 2015, order. Consequently, the Court lacks personal jurisdiction over the United States. Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5), as well as for non-compliance with the Court's order, the Court should dismiss Petitioners' petition for depositions.

## FACTS AND PROCEDURAL HISTORY

On October 14, 2015, Petitioners filed a verified petition seeking depositions pursuant to Federal Rule of Criminal Procedure 15 and Federal Rule of Civil Procedure 27. [D.E. 1, 2]. Petitioners emailed courtesy copies of the filings to counsel for the United States, but did not serve the United

1

States in accordance with Federal Rules of Civil Procedure 4 and 27. See [D.E. 9, at 2].

On October 16, 2015, the Court ordered Petitioners to provide, by October 30, 2015, proof of service on the United States in accordance with Rules 4 and 27(a)(2). [D.E. 9, at 2]. On October 27, 2015, Petitioners filed proof of service and a supporting declaration explaining that Petitioners had served the United States Attorney for the Eastern District of North Carolina. See [D.E. 15, 15-1]. Petitioners did not provide proof of service on the Attorney General of the United States. See id.

The United States respectfully requests that the Court dismiss Petitioners' petition for lack of personal jurisdiction and insufficient service of process, as well as for non-compliance with the Court's order.

## ARGUMENT

Failure to properly serve the United States deprives a court of personal jurisdiction over the government. See, e.g., Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co., Ltd., 484 U.S. 97, 104 (1987), superseded on other grounds by Futures Trading Practices Act of 1992 § 211, Pub. L. No. 102-546, 106 Stat. 3590 (1992); Bland v. Britt, 271 F.2d 193, 194 (4th Cir. 1959) (per curiam); Mayberry v. United States, No. 5:11-CV-165, 2011 WL 3104696, at *2 (E.D.N.C. July 23, 2011) (unpublished). To

2

properly serve the United States, Rules 4(i) and 27(a)(2) require that a party seeking Rule 27 depositions both deliver a copy of the verified petition and notice of the hearing to the United States Attorney for the district where the action is brought, and deliver those same documents by registered or certified mail to the Attorney General of the United States in Washington, D.C. Fed. R. Civ. P. 4(i), 27(a)(2).

On October 16, 2015, the Court ordered Petitioners to comply with those requirements. [D.E. 9, at 2]. On October 27, 2015, Petitioners filed proof of service and a supporting declaration explaining that Petitioners had served the United States Attorney for the Eastern District of North Carolina. See [D.E. 15, 15-1]. Petitioners have not provided proof of service on the Attorney General. See id. Thus, Petitioners have not properly served the United States, depriving the Court of personal jurisdiction over the government. Further, Petitioners have not complied with the Court's October 16, 2015, order. See [D.E. 9, at 2]. The Court should dismiss the petition.

## CONCLUSION

For the foregoing reasons, the Court should dismiss Petitioners' petition.

Respectfully submitted, this 6th day of November, 2015.

>THOMAS G. WALKER
>United States Attorney
>
>
>By: /s/ C. Michael Anderson
>C. MICHAEL ANDERSON
>G. NORMAN ACKER
>BANUMATHI RANGARAJAN
>Assistant United States Attorneys
>Federal Building, Suite 800
>310 New Bern Avenue
>Raleigh, NC 27601
>Telephone: (919) 856-4530
>Facsimile: (919) 856-4821
>N.C. Bar Number: 42646
>michael.anderson7@usdoj.gov
>
>*Attorneys for Respondent*

CERTIFICATE OF SERVICE

I do hereby certify that I have this 6th day of November, 2015, served a copy of the foregoing Memorandum upon Petitioners' attorneys by electronically filing the foregoing using the CM/ECF system. I have served a copy of the foregoing Memorandum on the remaining individual counsel by both electronic mail and United States Postal Service.

George M. Chalos
Chalos & Co., P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
gmc@chaloslaw.com
*Attorney for Petitioners*

Seth Peter Buskirk
Clark, Newton & Evans, PA
509 Princess St. Wilmington, NC
27401-4130
spb@clarknewton.com
*Attorney for Petitioners*

Neil W. Morrison
631A Dickinson Avenue
P.O. Box 7069
Greenville, NC 27835
neil@neilmorrisonlaw.com
*Attorney for Captain Tabacaru*

Patrick M. Brogan
Davey & Brogan, P.C.
101 Granby Street #300
Norfolk, VA  23510
pbrogan@daveybroganpc.com
*Attorney for Chief Engineer Ignacio*

5

William Norton Mason
228 N. Front Street #201
Wilmington, NC  28401
bill@williammasonlaw.com
*Attorney for Second Engineer Samsun*

Chris Locascio
Federal Public Defender
150 Fayetteville Street, Ste 450
Raleigh, NC  27601
Chris_locascio@fd.org
*Attorney for Third Engineer Menente*

Bruce Mason
Mason & Rutherford
514 Princess Street
Wilmington, NC  28401
bruce@masonrutherfordlaw.com
*Attorney for Fourth Engineer Sarduma*

Daniel Johnson
Willis Johnson & Nelson PLLC
1101 Haynes Street #205
Raleigh, NC  27604
daniel@wjnpllc.com
*Attorney for Oiler Villegas*

Jimbo Perry
Perry, Perry, & Perry
518 Plaza Blvd
Kinston, NC  28503
jimbo.perry@yahoo.com
*Attorney for Oiler Villar*

Damon Chetson
19 W. Hargett Street #920
Raleigh, NC  27601
dchetson@gmail.com
*Attorney for Fitter Belleza*

6

Jason Brenner
East 54
1340 Environ Way
Chapel Hill, NC  27517
Balbrenner, P.C.
info@balbrenner.com
*Attorney for Bosun Punay*

Geoff Hosford
Hosford & Hosford, P.C.
401 Chestnut Street, Suite L
Wilmington, NC  28402
ghosford@att.net
*Attorney for Wiper Reyes*

By: /s/ C. Michael Anderson
C. MICHAEL ANDERSON
G. NORMAN ACKER
BANUMATHI RANGARAJAN
Assistant United States Attorneys
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: michael.anderson7@usdoj.gov
NC Bar Number: 42646

*Attorneys for Respondent*

7